# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE STRINGFELLOW,<br><br>        Plaintiff,<br><br>   v.<br><br>S. SILVA, *et al.*,<br><br>        Defendants. | No. 1:24-cv-01461-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 14 |

Plaintiff Ronnie Stringfellow is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 30, 2025, the assigned magistrate judge screened the complaint and found that plaintiff stated cognizable Eighth Amendment excessive force claims against defendants E. Prieto and S. Silva for certain acts noted in the screening order but failed to state any other cognizable claims for relief against any other defendant. Doc. 11. Plaintiff was afforded the opportunity to either file an amended complaint or notify the Court of his willingness to proceed only on the claims found cognizable in the screening order. *Id.* at 8. On December 1, 2025, plaintiff notified the Court that he was willing to proceed only on the claims against defendants Prieto and Silva for the acts noted in the screening order. Doc. 12.

On December 2, 2025, the assigned magistrate judge issued findings and recommendations that this action proceed on plaintiff's complaint, filed November 22, 2024, Doc. 1, against defendants E. Prieto and S. Silva for excessive force in violation of the Eighth

1

Amendment for the acts identified in the screening order and that all other claims and defendants be dismissed for failure to state claims upon which relief may be granted.  Doc. 14.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  *Id.* at 8.  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1.  The findings and recommendations issued on December 2, 2025, Doc. 14, are adopted in full;

2.  This action shall proceed on plaintiff's complaint, filed November 22, 2024, Doc. 1, against defendants E. Prieto and S. Silva for excessive force in violation of the Eighth Amendment, for: (1) the events from slamming plaintiff to the ground and until the point where plaintiff's implant was dislodged, (2) when plaintiff was "once again" viciously slammed face first to the ground with one of the defendants placing their whole body weight on plaintiff's back, and again restricting plaintiff's breathing, and (3) using the triangle to pull plaintiff backwards in his cell from a prone position to kneeling, dislocating plaintiff's shoulder/arm and cutting his wrist;

3.  All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted; and

4.  This action is referred back to the magistrate judge for proceedings consistent with this Order.

IT IS SO ORDERED.

Dated:   January 20, 2026

_____
UNITED STATES DISTRICT JUDGE

2