# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE STRINGFELLOW,<br><br>    Plaintiff,<br><br>  v.<br><br>SILVA, *et al.*,<br><br>    Defendants. | Case No.  1:24-cv-01461-KES-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 20)<br><br>**Response to Complaint Due:  June 26, 2026** |

Plaintiff Ronnie Stringfellow ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint against Defendants E. Prieto and S. Silva for excessive force in violation of the Eighth Amendment, for: (1) the events from slamming Plaintiff to the ground and until the point where Plaintiff's implant was dislodged, (2) when Plaintiff was "once again" viciously slammed face first to the ground with one of the Defendants placing their whole body weight on Plaintiff's back, and again restricting Plaintiff's breathing, and (3) using the triangle to pull Plaintiff backwards in his cell from a prone position to kneeling, dislocating Plaintiff's shoulder/arm and cutting his wrist.

Pursuant to the Court's January 21, 2026 order finding service of the complaint appropriate and directing electronic service, Defendants E. Prieto and S. Silva's answers or other

1

responsive pleadings are due on or before April 27, 2026.  (*See* ECF Nos. 16, 18.)

Currently before the Court is Defendants' *ex parte* application seeking an extension of time to file a responsive pleading, filed April 22, 2026.  (ECF No. 20.)  Plaintiff has not had the opportunity to respond to the motion, but the Court finds a response unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

In support of the motion, counsel for Defendants asserts that there is good cause for the extension request because Defendants' newly assigned counsel is still reviewing and investigating the case in order to prepare a responsive pleading.  (ECF No. 20 at 1.)  Defense counsel declares that since being assigned this case on March 4, 2026, counsel has been investigating the case and preparing a responsive pleading, but is still reviewing relevant documentation and investigating this case.  (*Id.* at 5, ¶¶ 4-5.)  Defense counsel further declares that adequate substantive discussion with Defendants has yet to take place and these discussions, as well as a review of relevant documentation, are necessary in order to investigate the case and prepare a responsive pleading.  (*Id.* ¶ 5.)  Defendants therefore request a sixty (60) day extension of time to file a responsive pleading.  (*Id.* ¶ 6.)

The Court, having considered the application, finds good cause to grant the requested extension of time.  Fed. R. Civ. P. 6(b).  The Court further finds that Plaintiff will not be prejudiced by the brief extension requested here.

Accordingly, it is HEREBY ORDERED that:

1. Defendants' *ex parte* application for an extension of time to file a responsive pleading (ECF No. 20), is GRANTED; and

2. Defendants E. Prieto and S. Silva shall file and serve a response to the complaint on or before **June 26, 2026**.

IT IS SO ORDERED.

Dated:   __**April 24, 2026**__          ____/s/ *Barbara A. McAuliffe*____

UNITED STATES MAGISTRATE JUDGE

2